**Dismiss and Opinion Filed February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00491-CV

**LAGATHRE DENISE MOORE, Appellant**
**V.**
**BAYLOR HEALTH CARE SYSTEM AND BRADLEY BOYTE, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15441-E**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Appellee Baylor Health Care System moves to dismiss this appeal, noting appellant has failed to pay the fee for the clerk's record despite being cautioned that the appeal would be dismissed for want of prosecution if she did not pay the fee. *See* TEX. R. APP. P. 37.3(b), 42.3(b). The motion reflects Baylor's counsel conferred with appellant's counsel, and appellant does not oppose the motion. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

130491F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LAGATHRE DENISE MOORE, Appellant

No. 05-13-00491-CV      V.

BAYLOR HEALTH CARE SYSTEM AND
BRADLEY BOYTE, Appellees

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 10-15441-E.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Baylor Health Care System and Bradley Boyte recover their costs, if any, of this appeal from appellant Lagathre Denise Moore.

Judgment entered February 26, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE